UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON KLEIN, an Individual, ISAAC LEE, an Individual, and JOHNSON WU, an Individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Dr. Ing. H.C.F. PORSCHE AG, a German corporation, and PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-10079-MWC-BFM<br><br>**JUDGMENT (DKT. 316)** |

1  On December 8, 2025, Plaintiff Allison Klein accepted Defendants Dr. Ing. h.c. F. Porsche AG and Porsche Cars North America, Inc. (collectively, "Defendants")'s offer of judgment pursuant to Federal Rule of Civil Procedure 68.  Dkt. # 316-2.

Accordingly, the Court hereby enters **JUDGMENT** in favor of Plaintiff Allison Klein and against Defendants pursuant to the terms of the accepted offer of judgment, Dkt. # 316-1, the terms of which are incorporated herein.

DATED: December 15, 2025

_____
Hon. Michelle Williams Court
United States District Court