# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON KLEIN, an Individual, ISAAC LEE, an Individual, and JOHNSON WU, an Individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Dr. Ing. H.C.F. PORSCHE AG, a German corporation, and PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No.:  2:20-cv-10079-MWC-BFM<br><br>**JUDGMENT (DKT. 317)** |

On December 8, 2025, Plaintiff Isaac Lee accepted Defendants Dr. Ing. h.c. F. Porsche AG and Porsche Cars North America, Inc. (collectively, "Defendants")'s offer of judgment pursuant to Federal Rule of Civil Procedure 68. Dkt. # 317-2.

Accordingly, the Court hereby enters **JUDGMENT** in favor of Plaintiff Isaac Lee and against Defendants pursuant to the terms of the accepted offer of judgment, Dkt. # 317-1, the terms of which are incorporated herein.

DATED: December 15, 2025

_____

Hon. Michelle Williams Court

United States District Court