1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON KLEIN, an Individual, ISAAC LEE, an Individual, and JOHNSON WU, an Individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Dr. Ing. H.C.F. PORSCHE AG, a German corporation, and PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-10079-MWC-BFM<br><br>**JUDGMENT (DKT. 318)**<br><br>**JS-6** |

On December 8, 2025, Plaintiff Johnson Wu accepted Defendants Dr. Ing. h.c. F. Porsche AG and Porsche Cars North America, Inc. (collectively, "Defendants")'s offer of judgment pursuant to Federal Rule of Civil Procedure ("Rule") 68. Dkt. # 318-2.

Accordingly, the Court hereby enters **JUDGMENT** in favor of Plaintiff Johnson Wu and against Defendants pursuant to the terms of the Rule 68 offer, Dkt. # 318-1, the terms of which are incorporated herein.

All pending motions and deadlines are hereby **VACATED**. The Clerk of the Court is directed to **CLOSE** this case.

DATED: December 15, 2025

_____

Hon. Michelle Williams Court

United States District Court